| Clerk's Use Only |
|---|
| Initial for fee pd.: |

Darren T. Kaplan
CHITWOOD HARLEY HARNES LLP
1230 Peachtree Street, N.E.
Atlanta, GA 30309

**FILED**

2008 JUN -6 P 3: 13

RICHARD W. WIEKING
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Chandra Sanders, on Behalf of Herself
and All Others Similarly Situated,

        Plaintiff(s),

        v.

Apple, Inc., a California Corporation; and
Does through , inclusive;

        Defendant(s).

CASE NO. CV 08-1713

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Darren T. Kaplan, an active member in good standing of the bar of New York, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Chandra Sanders in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Richard L. Kellner    (213) 217-5000
644 South Figueroa Street
Los Angeles, CA 90017

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 5/29/08