RECEIVED
2008 JUN -6 PM 3:13
RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT
Northern District of California

Chandra Sanders, on Behalf of Herself and
All Others Similarly Situated,

          Plaintiff(s),

v.

Apple, Inc., a California Corporation; and
Does through, inclusive

          Defendant(s).

CASE NO. CV 08-1713

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Daren T. Kaplan

New York

☒ , an active member in good standing of the bar of
☒ whose business address and telephone number

(particular court to which applicant is admitted)

is

Chitwood Harley Harnes LLP
1230 Peachtree Street, N.E.
Atlanta, GA 30309

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Chandra Sanders.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
United States Magistrate Judge
Patricia V. Trumbull