AO 440 (Rev. 02/09) Civil Summons

# UNITED STATES DISTRICT COURT

### Northern District of California

**E-filing**

CHANDRA SANDERS, on Behalf of Herself
and All Others Similarly Situated

         Plaintiff

APPLE, INC., a California Corporation;
and DOES 1 through 250, inclusive

         Defendant

Civil Action No.

**1713**

Summons in a Civil Action

To: APPLE, INC.
      *(Defendant's name)*

A lawsuit has been filed against you.

Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

RICHARD L. KELLNER
KABATECK BROWN KELLNER LLP
644 South Figueroa Street
Los Angeles, CA 90017

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: MAR 31 2008

MARY ANN BUCKLEY
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08)  Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>7/11/08 at 12:10 p.m.</u>, by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is <u>Margaret Wilson, C T Corporation System</u>; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: <u>July 14, 2008</u>

_____
Server's signature

Vlade Ryaboy
Printed name and title

644 South Figueroa St., Los Angeles, CA 90017
Server's address