BRIAN S. KABATECK, SBN 152054
(bsk@kbklawyers.com)
RICHARD L. KELLNER, SBN 171416
(rlk@kbklawyers.com)
ALFREDO TORRIJOS, SBN 222458
(at@kbklawyers.com)
KABATECK BROWN KELLNER LLP
644 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 217-5000
Facsimile: (213) 217-5010

GREGORY E. KELLER (To be Admitted *Pro Hac Vice*)
(gkeller@chitwoodlaw.com)
DARREN T. KAPLAN (To be Admitted *Pro Hac Vice*)
(dkaplan@chitwoodlaw.com)
CHITWOOD HARLEY HARNES LLP
2300 Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: (404) 873-3900
Facsimile: (404) 876-4476

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANDRA SANDERS, on Behalf of Herself and All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>APPLE INC., a California Corporation; and DOES 1 through 250, inclusive,<br><br>　　　　　Defendants. | CASE NO. CV 08-01713-PVT<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br><br>**AND**<br><br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

1  REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

2      Pursuant to Civil Local Rule 73-1, the undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED: July 17, 2008

**KABATECK BROWN KELLNER**

By: _____
Brian S. Kabateck
Richard L. Kellner
Alfredo Torrijos
*Attorneys for Plaintiff and the class*

**CHITWOOD HARLEY HARNES LLP**
Gregory E. Keller (To be Admitted *Pro Hac Vice*)
Darren T. Kaplan (To be Admitted *Pro Hac Vice*)
*Attorneys for Plaintiff and the class*

# CERTIFICATION OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 644 South Figueroa Street, Los Angeles, CA 90017.

On July 17, 2008, I served the foregoing document described as: **Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge** on the following individuals:

C T CORPORATION SYSTEM
818 West Seventh Street
Los Angeles, CA 90017

[X] **VIA U.S. MAIL** - I placed a true copy of the foregoing document(s) in a sealed envelope addressed as indicated above on the above listed date for collection and mailing with the United States Postal Service. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service: it is deposited with the United States Postal Service on that same day for first class delivery, postage fully prepared.

[ ] **VIA FACSIMILE TRANSMISSION** - From facsimile machine, telephone number (213) 217-5010, I served a full and complete copy of the foregoing document(s) on the above listed date by facsimile transmission to each person(s) at the number(s) indicated.

[ ] **BY PERSONAL SERVICE** - I placed a true copy of the foregoing document(s) in a sealed envelope addressed to each person(s) named above at the address(es) listed above and giving same to a messenger for personal delivery before 5:00 p.m. on the above listed date.

[ ] **BY OVERNIGHT SERVICE** - I placed a true copy of the foregoing document(s) in a sealed envelope addressed to each person(s) named above at the address(es) listed above. I am readily familiar with this firm's practice for collection and processing of correspondence for delivery via overnight service. Pursuant to that practice, envelopes placed for collection at designated locations during designated hours are delivered to an overnight service carrier with a completed invoice, under which all delivery charges are paid by this firm.

[ ] (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] (FEDERAL) I declare under penalty of perjury that the foregoing document(s) were printed on recycled paper and that this Certification of Service was executed by me on July 17, 2008, at Los Angeles, California.

LUPE RODRIGUEZ

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE (C 08-01713 PVT)