**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
_____

www.cand.uscourts.gov

Richard W. Wieking   General Court Number
Clerk   408.535.5364

**July 18, 2008**

**CASE NUMBER:  CV 08-01713 PVT**
**CASE TITLE:  CHANDRA SANDERS-v-APPLE INC.**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.

**Honorable Jeremy Fogel**  for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JF**  immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 7/18/2008

FOR THE EXECUTIVE COMMITTEE:

_____*Richard W. Wieking*_____
Clerk


NEW CASE FILE CLERK:

| Copies to: Courtroom Deputies | Special Projects | |
|---|---|---|
| Log Book Noted      7/18/2008 | Entered in Computer | 7/18/2008 |

CASE SYSTEMS ADMINISTRATOR:

| Copies to:  All Counsel   7/18/2008 | Transferor CSA | 7/18/2008 bjw |
|---|---|---|