1  LUANNE SACKS, Bar No. 120811
   luanne.sacks@dlapiper.com
2  DLA PIPER US LLP
   153 Townsend Street, Suite 800
3  San Francisco, CA 94107-1957
   Tel:  415.836.2500
4  Fax:  415.836.2501

5  MARK H. HAMER, Bar No. 156997
   mark.hamer@dlapiper.com
6  DAVID A. KNOTTS, Bar No. 235338
   david.knotts@dlapiper.com
7  DLA PIPER US LLP
   401 B Street, Suite 1700
8  San Diego, CA 92101-4297
   Tel:  619.699.2700
9  Fax:  619.699.2701

10 Attorneys for Defendant
   Apple Inc.
11

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14                    SAN JOSE DIVISION

15

| | |
|---|---|
| CHANDRA SANDERS, on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., a California corporation; and DOES 1 through 250, inclusive,<br><br>Defendant. | CASE NO. 5:08-CV-01713-JF<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT APPLE INC. TO RESPOND TO COMPLAINT** |

Plaintiff Chandra Sanders ("Sanders") and Defendant Apple Inc. ("Apple"), by and through their respective counsel, stipulate as follows:

WHEREAS, the Complaint in this action was filed by Sanders on March 31, 2008; and

WHEREAS, Civil L.R. 6-1(a) provides, in pertinent part, that the "[p]arties may stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint, … provide the change will not alter the date of any event or deadline already

-1-

1  fixed by Court order;" and

2      WHEREAS, this Stipulation will not alter the date of any event or deadline already fixed
3  by the Court;

4      NOW, THEREFORE, Sanders and Apple, through their respective counsel, hereby agree
5  and stipulate that Apple shall have to and until August 15, 2008, to file its response to the
6  Complaint. Apple reserves all defenses and objections to the Complaint.

8  Dated: July 30, 2008

    DLA PIPER US LLP

    By  s/ Mark. H. Hamer
        MARK H. HAMER
        Attorneys for Defendant
        APPLE INC.

Dated: July ___, 2008

    KABATECK BROWN KELLNER LLP

    By _____
        BRIAN S. KABATECK
        Attorneys for Defendant
        CHANDRA SANDERS

1 | fixed by Court order;" and

2 | WHEREAS, this Stipulation will not alter the date of any event or deadline already fixed by the Court;

NOW, THEREFORE, Sanders and Apple, through their respective counsel, hereby agree and stipulate that Apple shall have to and until August 15, 2008, to file its response to the Complaint. Apple reserves all defenses and objections to the Complaint.

Dated: July ___, 2008

DLA PIPER US LLP

By _____
MARK H. HAMER
Attorneys for Defendant
APPLE INC.

Dated: July 30, 2008

KABATECK BROWN KELLNER LLP

By _____
ALFREDO TORRIJOS
Attorneys for Defendant
CHANDRA SANDERS