1  LUANNE SACKS, Bar No. 120811
   luanne.sacks@dlapiper.com
2  DLA PIPER US LLP
   153 Townsend Street, Suite 800
3  San Francisco, CA  94107-1957
   Tel:    415.836.2500
4  Fax:   415.836.2501

5  MARK H. HAMER, Bar No. 156997
   mark.hamer@dlapiper.com
6  DAVID A. KNOTTS, Bar No. 235338
   david.knotts@dlapiper.com
7  DLA PIPER US LLP
   401 B Street, Suite 1700
8  San Diego, CA  92101-4297
   Tel:    619.699.2700
9  Fax:   619.699.2701

10 Attorneys for Defendant
   Apple Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHANDRA SANDERS, on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., a California corporation; and DOES 1 through 250, inclusive,<br><br>Defendant. | CASE NO.  5:08-CV-01713-JF<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR RULE 12 MOTION AND RESCHEDULING CASE MANAGEMENT CONFERENCE** |

Plaintiff Chandra Sanders ("Sanders") and Defendant Apple Inc. ("Apple"), by and through their respective counsel, stipulate and declare as follows:

WHEREAS, the Complaint in this action was filed on March 31, 2008 and Apple was served with the Complaint on July 11, 2008.

WHEREAS, Apple's initial response to the Complaint was due on July 31, 2008, but the parties stipulated that Apple would have to and until August 15, 2008 to file its response to the

1  Complaint.

2  WHEREAS, on July 18, 2008, the Court rescheduled the Case Management Conference in
3  this matter for August 15, 2008 at 10:30 a.m. before the Honorable Jeremy Fogel.

4  WHEREAS, Sanders filed a First Amended Complaint on August 7, 2008.

5  NOW, THEREFORE, Sanders and Apple, through their respective counsel, hereby agree,
6  stipulate, and declare that:

7  (1) Apple shall have to and until September 10, 2008 to file its response to Sanders'
8  First Amended Complaint. Apple reserves all defenses and objections to the First Amended
9  Complaint.

10 (2) Sanders shall have to and until September 26, 2008 to file an opposition to any
11 Federal Rule of Civil Procedure ("Rule") 12 motion(s) regarding Sanders' First Amended
12 Complaint.

13 (3) Apple shall have to and until October 10, 2008 to file its reply to Sanders'
14 opposition.

15 (4) The hearing on any Rule 12 motion(s) regarding Sanders' First Amended
16 Complaint will be set at the Court's convenience at any date thereafter.

17 (5) If Apple's Rule 12 motion(s) are granted without leave to amend, no answer will
18 be filed. If Apple's Rule 12 motion(s) are granted with leave to amend, Apple's answer or further
19 motion(s) will be due within twenty days after the amended pleading is filed. If the Court denies
20 Apple's Rule 12 motion(s) in their entirety, Apple's answer will be due within twenty days after
21 any such ruling.

22 (6) The August 15, 2008 Case Management Conference will be taken off calendar and
23 rescheduled for any date after the hearing on any Rule 12 motion(s), at the Court's convenience.

24
25
26
27
28

1
2  IT IS SO STIPULATED AND DECLARED:
3
4  Dated:  August 7, 2008
5                                                DLA PIPER US LLP
6
7                                                By  s/ Mark H. Hamer
                                                    MARK H. HAMER
8                                                   Attorneys for Defendant
                                                    APPLE INC.
9
10     In accordance with General Order No. 45, Rule X(B), the above signatory attests that
11  concurrence in the filing of this document has been obtained from the signatory below.
12
13  Dated:  August 7, 2008
14                                                KABATECK BROWN KELLNER LLP
15
16                                                By    s/ Alfredo Torrijos
                                                    ALFREDO TORRIJOS
17                                                  Attorneys for Defendant
                                                    CHANDRA SANDERS
18
19
20
21
22
23
24
25
26
27
28

*Chandra Sanders. v. Apple Inc.,*
United District Court – Northern District of California – San Jose Division
Case No. 5:08-cv-01713-JF

## CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is DLA Piper US LLP, 401 B Street, Suite 1700, San Diego, California 92101-4297. On August 7, 2008, I served the within documents:

>STIPULATION AND [PROPOSED] ORDER SETTING
>BRIEFING SCHEDULE FOR RULE 12 MOTION AND
>RESCHEDULING CASE MANAGEMENT CONFERENCE

☒   By electronically filing, I served each of the above-referenced documents by E-filing, in accordance with the rules governing the electronic filing of documents in the United States District Court for the Southern District of California.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on August 7, 2008, at San Diego, California.

                                                s/David A. Knotts
                                               David A. Knotts

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHANDRA SANDERS, on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., a California corporation; and DOES 1 through 250, inclusive,<br><br>Defendant. | CASE NO.  5:08-CV-01713-JF<br><br>**[PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR RULE 12 MOTION AND RESCHEDULING CASE MANAGEMENT CONFERENCE** |

## [PROPOSED] ORDER

Pursuant to stipulation between the parties:

(1) Apple shall have to and until September 10, 2008 to file its response to Sanders' First Amended Complaint.

(2) Sanders shall have to and until September 26, 2008 to file an opposition to any Federal Rule of Civil Procedure ("Rule") 12 motion regarding Sanders' First Amended Complaint.

(3) Apple shall have to and until October 10, 2008 to file its reply to Sanders' opposition.

(4) The hearing on any Rule 12 motion(s) regarding Sanders' First Amended Complaint will be held on _____, 2008 at ____.

(5) If Apple's Rule 12 motion(s) are granted without leave to amend, no answer will be filed. If Apple's Rule 12 motion(s) are granted with leave to amend, Apple's answer or further motion(s) will be due within twenty days after the amended pleading is filed. If the Court denies Apple's Rule 12 motion(s) in their entirety, Apple's answer will be due within twenty days after any such ruling.

1  (6) The August 15, 2008 Case Management Conference will be taken off calendar and
2  rescheduled for _____, 2008 at _____.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE