UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHANDRA SANDERS, on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., a California corporation; and DOES 1 through 250, inclusive,<br><br>Defendant. | CASE NO.  5:08-CV-01713-JF<br><br>**[PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR RULE 12 MOTION AND RESCHEDULING CASE MANAGEMENT CONFERENCE** |

("PROPOSED" is struck through in the case caption title.)

**[PROPOSED] ORDER**

Pursuant to stipulation between the parties:

(1) Apple shall have to and until September 10, 2008 to file its response to Sanders' First Amended Complaint.

(2) Sanders shall have to and until September 26, 2008 to file an opposition to any Federal Rule of Civil Procedure ("Rule") 12 motion regarding Sanders' First Amended Complaint.

(3) Apple shall have to and until October 10, 2008 to file its reply to Sanders' opposition.

(4) The hearing on any Rule 12 motion(s) regarding Sanders' First Amended Complaint will be held on __11/14/08__, 2008 at __9:00__ a.m.

(5) If Apple's Rule 12 motion(s) are granted without leave to amend, no answer will be filed. If Apple's Rule 12 motion(s) are granted with leave to amend, Apple's answer or further motion(s) will be due within twenty days after the amended pleading is filed. If the Court denies Apple's Rule 12 motion(s) in their entirety, Apple's answer will be due within twenty days after any such ruling.

-1-

DLA Piper US LLP
San Francisco

WEST\21486938.1

CASE NO. 5:08-CV-01713-JF

1  (6) The August 15, 2008 Case Management Conference will be taken off calendar and
2  rescheduled for  2/13/09 _____, 2008 at  10:30 a.m. _____.

6  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

8  Dated:  8/12/08 _____

   _____
   THE HONORABLE JEREMY FOGEL
   UNITED STATES DISTRICT JUDGE